■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD MARTIN, Appellant. [743 NYS2d 360] —Appeal from a judgment of Supreme Court, Monroe County (Stander, J.), entered February 27, 2001, convicting defendant after a jury trial of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him following a jury trial of burglary in the second degree (Penal Law § 140.25 [2]). Contrary to defendant's contention, the conviction is supported by legally sufficient evidence. The fingerprint evidence leads to "a conclusion of guilt beyond a reasonable doubt and excludes every reasonable hypothesis of innocence" (*People v Hirsch,* 280 AD2d 612, 613, *lv denied* 96 NY2d 801, 940; *see People v Brown,* 288 AD2d 233, *lv denied* 97 NY2d 702; *People v Sparacino,* 150 AD2d 814, *lv denied* 74 NY2d 747). Also contrary to defendant's contention, the verdict is not against the weight of the evidence (*see People v Bleakley,* 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Burns, JJ.